## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

FREDERICK A. MILLS                                                                    PLAINTIFF

V.                             No. 3:11CV00154 JLH-BD

CLAY COUNTY DETENTION CENTER, et al.                              DEFENDANTS

### ORDER

Plaintiff Frederick Mills filed this lawsuit *pro se* alleging that the Defendants were deliberately indifferent to his serious medical needs. (Docket entry #2) He previously filed two motions for leave to proceed *in forma pauperis*, but both were denied because they were incomplete.

Mr. Mills has now filed a third motion for leave to proceed *in forma pauperis*. (#9) Again, he has not included information that is required by federal law. 28 U.S.C. § 1915(a)(2). He explains that officials at the Clay County Detention Center will not complete the calculation sheet forms required for the Court grant *in forma pauperis* status. If true, this is, of course, unacceptable.

The Court previously informed Mr. Mills that if he continued to have trouble obtaining cooperation from Clay County Detention Center officials, an emergency hearing would be set to resolve the issue. It appears that a hearing is now necessary.

This matter is scheduled for an emergency hearing on September 14, 2011, at 9:30 a.m. at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Courtroom 1A, Little Rock, Arkansas 72201. Mr. Mills will be transported to

the hearing, and a subpoena will be issued to the Director or Warden of the Clay County Detention Center to insure his presence at the hearing.

The motion for leave to proceed *in forma pauperis* (#9) is DENIED this 1st day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE