IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK A. MILLS                                                              PLAINTIFF

V.                                    NO. 3:11CV00154-BD

CLAY COUNTY DETENTION CENTER, et al.                          DEFENDANTS

## ORDER

The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) and F.R.Civ.P. 73. (Docket entry #27) Because the case has now been moved to this Court's docket for trial, the Partial Recommended Disposition (#25) is now moot.

Now pending is Defendant Kalem Rouse's motion to dismiss. (#21) He argues that, although he was named as a Defendant in Mr. Mills's original complaint, he was not named as a Defendant in the amended complaint. Noting that an amended complaint supercedes an original complaint, Mr. Rouse asks that Mr. Mills's claims against him be dismissed. Mr. Mills has responded to the motion and agrees that Mr. Rouse should be dismissed. (#24)

Mr. Rouse's motion to dismiss (#21) is GRANTED. Mr. Mills's claims against Mr. Rouse are DISMISSED, without prejudice.

IT IS SO ORDERED this 26th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE