IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FREDERICK A. MILLS**                                                                 **PLAINTIFF**

V.                                     No. 3:11CV00154 BD

**CLAY COUNTY DETENTION CENTER, et al.**                              **DEFENDANTS**

## ORDER

Mr. Mills has filed a motion to voluntarily dismiss this lawsuit. (Docket entry #35)

The motion (#35) is GRANTED. The trial scheduled for May 21, 2012, is canceled. Mr. Mills's claims are DISMISSED, without prejudice, this 21st day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE