# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**FREDERICK A. MILLS**                                                                 **PLAINTIFF**

**V.**                            **No. 3:11CV00154 BD**

**CLAY COUNTY DETENTION CENTER, et al.**                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE